1

2

3

4                          UNITED STATES DISTRICT COURT

5                                DISTRICT OF NEVADA

6                                        * * *

7   UNITED STATES OF AMERICA,                    Case No. 2:16-cr-00046-GMN-PAL

8                              Plaintiff,                    ORDER

9        v.                                       (Motion for Joinder – ECF Nos. 680)

    RYAN C. BUNDY,
10

11                              Defendant.

12          Before the court is Defendant Ryan C. Bundy's Motion for Joinder (ECF No. 680) to

13   Defendant Peter Santilli's Motion to Continue Case Management Rule 12 Motions and Notices

14   Deadline by 30 Days (ECF No. 672).  On September 28, 2016, Defendant Peter T. Santilli filed a

15   Motion to Withdraw (ECF No. 689) his Motion to Continue (ECF No. 672), which was granted

16   October 4, 2016.  Having reviewed and considered Ryan Bundy's motion for joinder, Santilli's

17   withdrawal of the motion that Ryan Bundy sought to join, and good cause appearing:

18          **IT IS ORDERED** that Defendant Ryan C. Bundy's Motion to Join (ECF No. 680) is:

19          1.  **DENIED in part** as to joinder because Santilli's Motion to Continue (ECF No. 672)

20               has been withdrawn.

21          2.  **GRANTED in part** to the extent that Defendant Ryan C. Bundy's case management

22               deadlines are extended until **October 17, 2016**.

23          DATED this 4th day of October, 2016.

24

25                                                    _____
                                                      PEGGY A. LEEN
26                                                    UNITED STATES MAGISTRATE JUDGE

27

28