UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>      v.<br>RYAN C. BUNDY,<br><br>                                Defendant. | Case No. 2:16-cr-00046-GMN-PAL<br><br>ORDER<br><br>(Motion for Joinder – ECF Nos. 680) |

Before the court is Defendant Ryan C. Bundy's Motion for Joinder (ECF No. 680) to Defendant Peter Santilli's Motion to Continue Case Management Rule 12 Motions and Notices Deadline by 30 Days (ECF No. 672). On September 28, 2016, Defendant Peter T. Santilli filed a Motion to Withdraw (ECF No. 689) his Motion to Continue (ECF No. 672), which was granted October 4, 2016. Having reviewed and considered Ryan Bundy's motion for joinder, Santilli's withdrawal of the motion that Ryan Bundy sought to join, and good cause appearing:

**IT IS ORDERED** that Defendant Ryan C. Bundy's Motion to Join (ECF No. 680) is:

1. **DENIED in part** as to joinder because Santilli's Motion to Continue (ECF No. 672) has been withdrawn.
2. **GRANTED in part** to the extent that Defendant Ryan C. Bundy's case management deadlines are extended until **October 17, 2016**.

DATED this 4th day of October, 2016.

                                                                              PEGGY A. LEEN
                                                                              UNITED STATES MAGISTRATE JUDGE