UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>RYAN C. BUNDY,<br><br>　　　　　　　　　　Defendant. | Case No. 2:16-cr-00046-GMN-PAL<br><br>ORDER<br><br>(Mot for Discovery Access – ECF No. 1014) |

Before the court is Defendant Ryan C. Bundy's Motion for Ryan C. Bundy's Standby Counsel to be Provided Access to Discovery Database(s) (ECF No. 1014). The court has read the motion and the Sealed Affidavit of Standby Counsel (ECF No. 1015). For good cause shown,

**IT IS ORDERED** that Defendant Ryan C. Bundy's Motion for Ryan C. Bundy's Standby Counsel to be Provided Access to Discovery Database(s) (ECF No. 1014) is **GRANTED**. The Coordinating Discovery Attorney or his designee shall provide standby counsel for Defendant Ryan C. Bundy with access to the searchable discovery database, and a user name and password as expeditiously as possible.

DATED this 29th day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE