UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00046-GMN-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot for Joinder - ECF No. 1087) |
| RYAN C. BUNDY, | |
| Defendants. | |

Before the court is and Ryan C. Bundy's Motion for Joinder to All Defense Motions (ECF No. 1087). It requests leave to join all motions in which Ryan Bundy would also have standing. The motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

**IT IS ORDERED** Ryan C. Bundy's Motion for Joinder to All Defense Motions (ECF No. 1087) **is GRANTED with respect to any motions in which he would also have standing**.

DATED this 6th day of January, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE