# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cr-00046-GMN-PAL |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| RYAN BUNDY, ) | |
| ) | **Re: Defendant's Witness List for** |
| Defendant. ) | **Detention Hearing** |
| ) | |

This matter is before the Court on Defendant's Detention Hearing Witness List (ECF No. 1325), filed on January 17, 2017. The primary focus of the reopened detention hearing is to afford Defendant Bundy the opportunity to present evidence or information that rebuts the probable cause finding in the superceding indictment which gives rise to the rebuttable presumption that Defendant poses a substantial risk of nonappearance and a danger to the community. *See Order (ECF No. 1263).*

Defendant has listed the following individuals as character witnesses: Shem Teerlink, Cheryl Teerlink, Eric Farnsworth, Angela Bundy, and Jamie Bundy. He has also listed an additional seventeen character witnesses. The Court will permit Defendant to present brief live testimony from no more than two character witnesses. Defendant, however, may submit affidavits from other character witnesses for consideration by the Court.

Defendant does not provide sufficient information regarding the anticipated testimony of the following witnesses: Doyle Decker, Daniel P. Love, Breanna Bundy, Brian Johnson, Shawn Cox and Shannon Bushman. Because Defendant has not made an adequate proffer of these witnesses' testimony, the Court will not permit them to testify at the hearing.

The Court will await any objection by the Government to the following witnesses before it

determines whether they will be permitted to testify: Mark McEwen, Joseph Lombardo, Brett Empy, Nathan Curtis, and Jerusha Bundy.

**IT IS SO ORDERED.**

DATED this 18th day of January, 2017.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge