# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No. 2:16-cr-00046-GMN-PAL |
| ) vs. ) | |
| ) | **ORDER** |
| RYAN BUNDY, ) | |
| ) | **Re: Defendant's Exhibit List for** |
| ) Defendant. ) | **Detention Hearing** |

    This matter is before the Court on Defendant's Detention Hearing Exhibit List (ECF No. 1326), filed on January 17, 2017. Defendant describes the following exhibits as "Exhibit in support": G, H, J, K, L, M, N, O, P, Q, R and S. This is not a sufficient description of the alleged relevance of such exhibits and the Court will not allow Defendant to introduce them. The Court will await any objection by the Government to Defendant's other exhibits before it determines whether to permit their introduction.

**IT IS SO ORDERED.**

DATED this 18th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge