ANGELA H. DOWS, ESQ.
PREMIER LEGAL GROUP
Nevada State Bar No. 010339
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
E-Mail:  adows@premierlegalgroup.com
Standby Counsel for Ryan C. Bundy

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00046-GMN-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT RYAN C. BUNDY'S** |
| v. | ) | **NOTICE OF MANUAL FILING OF** |
| | ) | **EXHIBITS IN SUPPORT OF** |
| RYAN C. BUNDY, | ) | **REOPENED DETENTION HEARING** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant RYAN C. BUNDY, by and through his standby counsel, Angela H. Dows, Esq., is submitting a manual filing of one (1) compact disc (photocopy attached hereto) with Exhibits A, B, C, D, E, F,[1] T and U (*see* Doc. No. 1326) in support of his Motion to Reopen his Detention Hearing, and in advance of the January 31, 2017 Reopened Detention Hearing (*see* Doc. No. 1343).

Dated this 27th day of January, 2017.

Respectfully submitted,
 /s/ Angela H. Dows
ANGELA H. DOWS, ESQ.
1333 N. Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Standby counsel for Defendant Ryan C. Bundy

---

1  Exhibit I appears to be a duplicate of a sub-part of Exhibit B, and was not provided to standby counsel to compile into a hearing folder as of the date of the instant notice.

# CERTIFICATE OF SERVICE

The undersigned hereby affirms that a copy of the foregoing:

**DEFENDANT RYAN C. BUNDY'S NOTICE OF MANUAL FILING OF EXHIBITS IN SUPPORT OF REOPENED DETENTION HEARING**

has been served on all counsel of record via electronic transmission, pursuant to local Order.

Copies of the underlying exhibits on compact disc were delivered to the U.S. District Court and Government counsel on this date.

DATED this 27th day of January, 2017.

                                           ___/s/_____
                                           ANGELA H. DOWS, ESQ.