UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>PETER T. SANTILLI, JR.,<br>　　　　　　　　　Defendant. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(Mot. Compel Identity – ECF No. 1167) |

　　　　Before the court is Defendant Peter T. Santilli, Jr.'s ("Santilli") Motion for an Order to Compel the Government to Disclose the Undercover Agent's Identity and the Agent's File (ECF No. 1167), which was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.  The court has reviewed the motion, the Joinders of defendants Steven A. Stewart, O. Scott Drexler, Richard R. Lovelien, Ammon E. Bundy, Micah L. McGuire, Mel Bundy, Ryan W. Payne, and Ryan C. Bundy (ECF Nos. 1170, 1172, 1174, 1176, 1181, 1195, 1202, 1211) the government's Response (ECF No. 1228).  No reply was filed.

　　　　Santilli and 18 co-defendants are charged in a Superseding Indictment (ECF No. 27) returned March 2, 2016.  In the current motion, Santilli seeks an order to compel the government to disclose the identity of the undercover agent identified in the government's Witness List (ECF No. 1152) as well as the agent's "file/log."  The government opposed this motion, indicating that it might seek a protective order to allow the witness, an undercover employee known as "Charles Johnson," to testify under that pseudonym.  Resp. (ECF No. 1228).  The government represents that no "log" exists because Mr. Johnson was not present at Bundy Ranch at the relevant times.  *Id*. at 4.  The government further represents that "Mr. Johnson interviewed the defendants and recorded their statements made to him, all of which relevant recordings have been disclosed to the defendants."  *Id*.  Santilli did not file a reply refuting the government's assertion that it has already

disclosed the relevant recordings to the defendants.

On January 27, 2017, the government filed a Motion for Protective Order Regarding Undercover Employee (ECF No. 1440). Chief Judge Gloria M. Navarro, entered an Order (ECF No. 1539) granting the government's motion and entering a protective order allowing the undercover employee to testify at trial using an undercover pseudonym without publically disclosing his true identity. Her Order precludes the relief Santilli requested in the current motion.

Having reviewed and considered the matters,

**IT IS ORDERED** that:

1. Defendants Steven A. Stewart, O. Scott Drexler, Richard R. Lovelien, Ammon E. Bundy, Micah L. McGuire, Mel Bundy, Ryan W. Payne, and Ryan C. Bundy's Motions for Joinder (ECF Nos. 1170, 1172, 1174, 1176, 1181, 1195, 1202, 1211) are **GRANTED** in that their requests to join in Santilli's substantive arguments are granted.
2. Defendant Peter T. Santilli, Jr.'s Motion for an Order to Compel the Government to Disclose the Undercover Agent's Identity and, the Agent's File (ECF No. 1167) is **DENIED**.

DATED this 21st day of February, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE