STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
NICHOLAS D. DICKINSON
NADIA J. AHMED
PETER S. LEVITT
Assistant United States Attorneys
ERIN M. CREEGAN
Special Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
steven.myhre@usdoj.gov
nicholas.dickinson@usdoj.gov
nadia.ahmed@usdoj.gov
erin.creegan@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RYAN C. BUNDY, <br><br> Defendant. | 2:16-CR-00046-GMN-PAL <br><br> **GOVERNMENT'S RESPONSE TO RYAN BUNDY'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER No. 1599 (ECF No. 1688)** |

**CERTIFICATION:** The undersigned certify that this Response is timely filed.

The United States, by and through the undersigned, respectfully files this response in opposition to defendant Ryan Bundy's Objections to the Magistrate Judge's February 21, 2017 Order Denying Disclosure of Confidential Informants (ECF No. 1688), which Bundy filed on March 7, 2017 ("Bundy's Obj.").

Bundy's objections fail. First, as the Magistrate Judge correctly noted, Bundy's pretrial motion to disclose confidential witnesses, which he filed on

January 5, 2017, was *itself untimely* and violative of the deadlines set forth in the Case Management Order. ECF No. 1599 at 3-4 (stating: 1) that Bundy's pro se status—which he himself chose—"does not excuse a criminal defendant from complying with the procedural or substantive rules of the court;" 2) that Bundy's "belated decision to change trial tactics does not constitute good cause to excuse the waiver" of the court-ordered deadline; and 3) that Bundy's motion was filed "over two and a half months after the extended deadline [*i.e.*, October 17, 2016] expired"). This Court should, in its discretion, decline to entertain not just Bundy's untimely motion, but also the objections based *on* that untimely motion.

Finally, as the Magistrate Judge correctly ruled, Bundy's motion was meritless. By simply demanding the identities of the confidential witnesses, Bundy "failed to make a minimal threshold showing for disclosure of confidential informants' identities or that an in camera review of such material is relevant and helpful to his defense." ECF No. 1599 at 5 (further noting that Bundy has failed to "demonstrate a *specific* need for informants' identities and addresses, and other related discovery") (emphasis in original). Because Bundy's objections merely recycle the same rejected arguments, and because the Magistrate Judge's reasoning is demonstrably correct, this Court should overrule Bundy's objections and enter an order denying his Motion.

/////

/////

/////

2

**WHEREFORE**, for the foregoing reasons and those set forth in the Magistrate Judge's Order (ECF No. 1599) and the government's initial opposition (ECF No. 1361), the government respectfully requests that this Court, after conducting the appropriate *de novo* review under 28 U.S.C. § 636: 1) overrule Bundy's objections (ECF No. 1688); 2) adopt the Magistrate Judge's Order (ECF No. 1599); and 3) deny Bundy's Motion for Disclosure of Informants (ECF No. 1239).

**DATED** this 21st day of March, 2017.

Respectfully,

STEVEN W. MYHRE
Acting United States Attorney

*//s//*
_____
NICHOLAS D. DICKINSON
NADIA J. AHMED
PETER S. LEVITT
Assistant United States Attorneys
ERIN M. CREEGAN
Special Assistant United States Attorney

*Attorneys for the United States*

3

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office.  A copy of the foregoing **GOVERNMENT'S RESPONSE TO RYAN BUNDY'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER No. 1599 (ECF No. 1688)** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 21st day of March, 2017.

*/ / s / /*
_____
STEVEN W. MYHRE
Acting United States Attorney