Ryan C. Bundy
ID No. 79400-065
Nevada Southern Detention Hearing
2190 Ease Mesquite Avenue
Pahrump, Nevada 89060
 Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CASE #: 2:16-cr-00046-GMN-PAL |
| *Plaintiff,* | § § § | |
| v. | § § | DEFENDANT RYAN C. BUNDY'S NOTICE TO THE COURT OF EMERGENCY MOTION BEING FILED |
| RYAN C. BUNDY, | § § § § | |
| *Defendant.* | § | |

<u>NOTICE TO COURT OF EMERGENCY MOTION
BEING FILED BEFORE JULY 3, 2017</u>

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Defendant Ryan C. Bundy hereby gives notice to the United States District Court for the District of Nevada, District Court Chief Judge Gloria Navarro, of the following:

Mr. Bundy has received communications from the District Court that an *ex-parte* hearing will be held on July 6, 2017, and that his presence is being requested by the Court. Indeed, Mr. Bundy is inclined to attend such hearing and be helpful; however, not to the extent that he MUST give up one of his constitutional rights (unreasonable search of his person) in order to obtain another constitutional right (access to the courts).

Hence, Mr. Bundy notices the District Court Chief Judge, Gloria Navarro, that he intends to file an Emergency motion prior to Monday, July 3, 2017 requesting this Court restrain employees of Nevada Southern Detention Center("NSDC") and the United States Marshal Service("USMS") from strip searching and body cavity searching Bundy's person prior to leaving, arriving at the federal

courthouse; or otherwise throughout the transport to and from the detention facility without a reasonable articulate suspicion that indicates contraband has been hidden up inside Bundy's body cavity or on his person.

Moreover, Defendant Bundy does not consent to this Notice or his Motion being placed under seal.

*Date this 30th day of June, 2017.*

/s/_____
RYAN C. BUNDY, Pro Se

## **CERTIFICATE OF SERVICE**

I, Ryan C. Bundy, do hereby certify that a true and correct copy of the foregoing pleading was served upon counsel of record, via CM/ECF.

Dated this 30 day of June, 2017

/s/ Ryan C. Bundy
Ryan C. Bundy
Pro Se Defendant

I certify that Angela H. Dows, Standby Counsel/Assistant for Ryan C. Bundy is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

/S/
Angela Dows, Esq.
Standby Counsel for Ryan C. Bundy
133 North Buffalo Drive, Suite 210