UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 15 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LAS VEGAS REVIEW JOURNAL; et al. | No.  17-70188 |
| _____ | D.C. No. 2:16-cr-00046-GMN-PAL |
| LAS VEGAS REVIEW JOURNAL; et al., | District of Nevada, Las Vegas |
| Petitioners, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, | |
| Respondent, | |
| UNITED STATES OF AMERICA; et al., | |
| Real Parties in Interest. | |

Before:  SCHROEDER, HAWKINS, and N.R. SMITH, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

**DENIED.**

LAB/MOATT