ryan c bundy
Nevada Southern Detention Center
2190 E. Mesquite Ave.
Pahrump, NV 89060
*Sui Juris*



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.: 2:16-cr-00046-GMN-PAL |
|---|---|
| Plaintiff | MOTION TO COMPELL DISCOVERY |
| vs. | |
| ryan c bundy | |
| Affiant | |

I: ryan bundy, a man; sui juris, MOVE the Court to Order or compel Plaintiff to produce discovery regarding photographic and laser equipment used to surveil the Bundy home and American People who peceably asembled, between March 26, 2014 and April 12, 2014.

See **Exhibit A**; Affidavit of ryan bundy in testament of surveillance equipment overlooking the Bundy home.

Having spent numerous hours searching discover, No evidence of the mysterious devises or data colected from them is currently found in discovery.

I demand the following information be provided through discovery;

1. The make, model, characteristics, and capabilities of every piece of equipment being used on the hills above the Bundy home and the American People between March 26, 2014 and April 12, 2014.

2. All of the data colected, transmited, or captured by use or aid of the mysterious devises including but not limited to photographs, video, audio, maping, painting/target acquisition information, or any and all other information related to these devices.

and unrest replaced the normal feelings of safety, peace, and love at home.

_____
Autographed by: ryan c, of the bundy family

Dated this day August 18, 2017

Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent.

State of Nevada
County of Nye

"Notary Public", as "Jurat Certificate"

On this 18 day of August, 2017, before me, the undersigned, a Noary Public, in and for, Nye County, Nevada State, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he personally has executed the same.

Signed: _____
Printed Name: Debbie Mallwitz

My commission ends on June 11, 2019      Seal



DEBBIE MALLWITZ
NOTARY PUBLIC - NEVADA
NYE COUNTY
APPT. No 11-4189-14
MY APPT. EXPIRES JUNE 11, 2019

2:16-cr-00046-GMN-PAL

## AFFIDAVIT OF ryan bundy IN
## TESTEMENT OF SERVAILANCE EQUIPMENT
## OVERLOOKING THE BUNDY HOME

County of Nye

State of Nevada

I ryan bundy hereby declare the forgoing to be true.

1) Truth; That I am an adult man upon the land of America who is known as ryan bundy

2) Truth; That on April 6, 2014 and before I observed a mysterious device located on the hill directly Northeast of, and overlooking the Cliven Bundy home. The devise comprised of telephoto lens and camera type implement, and a visible laser pointing directly at the Bundy home. The devise was mounted on a tripod, had an antenna, and was supported by an electric generator.

3) Truth; That I, not knowing what the device was designed to do, speculated that it was for video and audio surveillance for remote viewing and or "painting" the Bundy home for artillery or airial target acquisition. Purhaps a Parabolic Listening Device.

4) Truth; That on or about April 7, 2014 a similar devise and electric generator was set up on a hill South of the Riverside Bridge pointing directly at the location where American People had set up flag poles and were peaceably assembling.

5) Truth; That on Sunday April 6, 2017 I witnessed BLM service the devise above the Bundy home accompanied by a contingent of militarily armed personnel consisting of several vehicles, and several gunmen with assault rifles, who set up a perimeter around the devise while being serviced.

6) Truth; That the presence of the device above the Bundy home and the military force accompanying it destroyed the semblance of security we accustomely enjoy. A gut wrenching feeling of invasion ate at us, fear

_/s/ ryan c bundy_
ryan c, of the bundy family

Dated this day August 18, 2017

## Certificate of Service

I hereby certify that on August 18, 2017, I mailed my Motion to the Court, to the following:

Clerk of the Court
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. South, Rm. 1334
Las Vegas, Nevada 89101

**\* Copy of Receipt Requested \***

ryan c bundy
N.S.D.C.
2190 E. Mesquite Ave.
Pahrump, Nevada 89060

2

Ryan Bundy
2190 E Mesquite Av
Pahrump NV
89060

LEGAL MAIL

Clerk, U.S. District Court
333 Las Vegas Blvd
Las Vegas, NV
89101

89101370S9 C075