*A true and exact Copy*

FILED     RECEIVED
ENTERED     SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

ryan c bundy
Nevada Southern Detention Center
2190 E. Mesquite Ave.
Pahrump, NV 89060
*Sui Juris*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:16-cr-00046-GMN-PAL |
| Plaintiff | **NOTICE** |
| | **RESCINDATION OF FINACIAL AFFIDAVIT** |
| vs. | |
| ryan c bundy | |
| Affiant | |

I: ryan c bundy, a man; Sui Juris, do hereby **RESCIND**, the financial affidavit signed by me on **April 15, 2016** and provided to the court on the same day.

Quoting from the TRANSCRIPT OF INITIAL APPEARANCE/ARRAIGNMENT & PLEA dated April 15, 2016;

### TRANSCRIBED FROM DIGITAL RECORDING page 81

"THE COURT: Mr. Bundy, ...
    In this case, you have the right to trial by jury, you have the right to subpoena witnesses to appear on your behalf at trial, and you have the right to the assistance of legal counsel at all stages of these proceedings. **If you cannot afford to hire a lawyer, the Court will appoint a lawyer for you** <u>at the public's expense.</u> Do you understand these rights?

DEFENDANT RYAN C. BUNDY: I understand my rights, yes.

THE COURT: **Can you afford to hire a private lawyer** <u>at this time</u>?

DEFENDANT RYAN C. BUNDY: No.

THE COURT: **The Court has been provided with a financial affidavit** <u>signed by you</u> **on April 15th, 2016.** Did you answer the questions on the financial affidavit truthfully and correctly?

1

DEFENDANT RYAN C. BUNDY: Yes.

THE COURT: **Based on the defendant's financial affidavit, the Court finds that he is financially unable to obtain private counsel <u>at this time.</u>"**

From the time of the INITIAL APPEARANCE/ARRAIGNMENT & PLEA dated April 15, 2016; <u>my position has changed, therefor I am no longer in need of public funds</u> to cover the expense of my legal counsel. Therefor, <u>at this time,</u> September 11, 2017, **I RESCIND the financial affidavit, along with my signature upon it,** provided to the Court on April 15, 2016.

I waive all benefit, and will accept no benefit from public funds for legal counsel, assistance of counsel, standby counsel, paralegal, investigator, lawyer, attorney, or any other legal tradesmen.

**This RESCINDATION is effective immediately.**

I **RESCIND** all contracts, agreements, arraignments, and/or obligations I have made, knowingly or unknowingly, with the Court either in writing or verbal respecting finance.

I **RESCIND** all contracts, agreements, arraignments, and/or obligations I have made, knowingly or unknowingly, with Angela Dows Esquire, either in writing or verbal.

Whereas I have right to contract with whomsoever I choose, I also have right **NOT** to contract with whomsoever I choose. By fraud and deception I have been compelled to associate with Angela Dows Esquire who had been placed by the court, at first, without my knowledge and without my consent as 'counsel' to DEFENDANT RYAN BUNDY, and compelled, by the Court, to remain attached as 'standby counsel' against my will.

Whereas I am not DEFENDANT RYAN BUNDY *(a government created legal fiction),* but rather I am ryan c: of the bundy family a living soul; Sui Juris, I neither desire nor am in need of standby counsel.  I Thank both the public for their funds, and Angela Dows Esquire for services rendered to this date and release both from further obligation and service. Thank you. Your services are no longer needed.

This **RESCINDATION** shall in **NO** way be construed as a motion, nor as a request for

permission. This matter is hereby adjourned.

_____                    Dated this day September _12_, 2017
Autographed by: ryan c, of the bundy family


Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent.


**"Notary Public", as "Jurat Certificate"**

Nevada State

Nye County

SIGNED AND SWORN TO BEFORE ME on September _13_, 2017 by ryan c bundy.

x_____ Public Notary in and for the State of Nevada

DEBBiE Mallwitz_____ Printed Name


My commission ends on _June 11, 2019_     Seal

DEBBIE MALLWITZ
NOTARY PUBLIC - NEVADA
NYE COUNTY
APPT. No 11-4189-14
MY APPT. EXPIRES JUNE 11, 2019

3