UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>v.<br>RYAN C. BUNDY,<br><br>                  Defendant. | Case No. 2:16-cr-00046- GMN-PAL<br><br>**ORDER**<br><br>(Aff Challenge Jurisdiction - ECF No. 2309)<br>(Demand for Release – ECF No. 2474) |

Before the court is Defendant Ryan C. Bundy's Affidavit to Challenge Jurisdiction and Demand Release (ECF No. 2309), and Demand for Release (ECF No. 2474) which were referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3. The jurisdictional motion is untimely. Dispositive motions were due October 3, 2016, pursuant to the court's Case Management Order (ECF No. 321). Ryan Bundy requested and received an extension of his deadlines until October 17, 2016, and did not request any further extensions. He has also filed multiple motions challenging this court's jurisdiction which have been considered and decided. He has also filed multiple motions demanding to be released which have been considered and decided. The current motions will therefore be stricken.

**IT IS ORDERED** that Ryan Bundy's Affidavit to Challenge Jurisdiction and Demand Release (ECF No. 2309) and Demand for Release (ECF No. 2474) are **STRICKEN**.

DATED this 25th day of September, 2017.

                                                                  PEGGY A. LEEN<br>                                                                   UNITED STATES MAGISTRATE JUDGE