1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>   v.<br>RYAN C. BUNDY,<br><br>                    Defendant. | Case No. 2:16-cr-00046- GMN-PAL<br><br>**ORDER**<br><br>(Mot Compel Disc – ECF No. 2299) |

12    Before the court is Defendant Ryan C. Bundy's ("Bundy") Motion to Compell [sic]

13  Discovery (ECF No. 2299) which was referred to the undersigned pursuant to 28 U.S.C. §

14  636(b)(1)(A) and LR IB 1-3.  The court has reviewed the motion and the government's Response

15  (ECF No. 2340).  No reply was filed and the time for filing a reply has run.

16    The motion refers to Bundy's belief that mysterious surveillance equipment overlooking

17  the Bundy home collected or recorded data not produced in discovery. The government responds

18  that Bundy has not shown that the information he seeks is material to his defense, and that he has

19  failed to meet and confer as required by LCR 16-1(c) before filing the motion.  However, the

20  government states that it has and will continue to comply with its discovery obligations.

21    Having reviewed and considered the matter, the motion is denied for failure to comply with

22  LCR 16-1(c).   Additionally, the motion is not supported by a memorandum of points and

23  authorities or supported by articulated reasoning establishing that the materials he seeks are

24  discoverable.

25  / / /

26  / / /

27  / / /

28  / / /

1

1     **IT IS ORDERED** that Ryan Bundy's Motion to Compell [sic] Discovery (ECF

2  No. 2299) is **DENIED**.

3     DATED this 25th day of September, 2017.

4

5                                        _____

6                                        PEGGY A. LEEN
                                         UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28