

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 5 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**LAS VEGAS DIVISION**

UNITED STATES OF AMERICA          CASE NO 2:16-cr-00046-GMN-PAL

A De Facto Governmental Services Corporation

VS

RYAN C BUNDY dba

artificial entity created through fraud, Unlawful Conversion by STATE


by; ryan-c; of family Bundy - A Living Soul, A man of GOD, as Sui Juris

by Special Appearance, Non-representative/Non-agent

Date:   23, September 2017

Attn: Gloria Navarro
To: Clerk SEE BLUE

# AFFIDAVIT OF TRUTH AND URGENT NOTICE: CHALLENGE OF JURISDICTION AND DEMAND FOR RELEASE
## OFFER TO CONTRACT NOT ACCEPTED


1) [I, :ryan-c: Bundy a living soul, a man of GOD, Sui Juris, as a courtesy

   and by "special Appearance" only, without recourse and Without any

   waiver of my rights under UCC 1-308, as a Non-representative/Non-

agent. Having only just recently learned of the fraud committed by the courts and those of perceived authority, claiming to represent this De Facto Government, calling itself the "UNITED STATES". Who having created a false fictional entity known as, RYAN C BUNDY. that it is, this fictional Entity being charged as such.]  NOM DE GUERRE, PERSONATE false person name is a breach of Title 18: U. S. CODES: §1342: [Point 1 A - d] the use of Fiction names against living-souls is a breach of Title18 U. S. CODES §1341 [Point 1 A - e]  to cause a Fraud and Swindle. For the defendant(s) by showing their true identity in upper and lowercase lettering with punctuation, the court is in breach of F.R.C.P. RULE:10(a): [Point 1 A - f] using the proper name of the Party, and a breach of F.R.C.P. RULE: 17, [Point 1 A - g] only the real party of concern can be sued in the admiralty.

2) [I, :ryan-c: Bundy a living soul, a man of GOD, Sui Juris, hereby Demand a Dismissal with extreme prejudice, as I am NOT, nor have I ever been that fictional Entity called as RYAN C BUNDY, which was created by you, the UNITED STATES and Not I, and that was further perpetrated through fraud upon my Mother, and myself at my Birth.] The Supreme Court has warned, "Because of what appear to be Lawful commands on the surface, many citizens, because of their

respect for what appears to be law, are cunningly coerced into waiving their rights, due to ignorance." (U.S. v. Minker, 350 U.S. 179, 187)

3) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, state for the record that I, am of sound Mind and Body and having good Mental Faculties hereby state that I, Believe that I, a living soul, exist upon the LAND Jurisdiction given to all Mankind by GOD, as stated in Genesis, and NOT of any other jurisdiction of the AIR, or WATER. (LAW = Land, Air, Water).  As such I have Mailed my "Affidavit of Repudiation of Citizenship" to the President, State Department, Department of Justice, and recorded my Names upon the Land through a Deed of Re-Conveyance along with my Patent of Nativity in the county of my Birth.] " the powers that be" that you are alive and claim the Cestui Que Vie BIRTH CERTIFICATE TRUST account, (Title 31 U.S. Code 1321/1322), is what we are supposed to do. - Nationality Act, 1940.

4) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, State for the record that I am a State National, Foreign to the De Facto UNITED STATES Corporation.] Its foreign agents must register with 1938 FARA is Constitution law from Federal Immigration and Original Constitution Nationality Act Section 8 USC 1324(a)(1)(A)(iv)(b)(iii).   the Americans living in these states are NOT "domestic" with respect to the "United

States" ---- UCC 9 (307) h--- "The location of the United States: the United States is located in the District of Columbia...."

5) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, State I, am also a servant of Christ.] Public Law 97-280 whereby Congress declared the Bible the word of God that puts the laws of a creator on effect.

6) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, do hereby declare that I do NOT Consent to any Presumptions or Assumptions or Here-say on your part but only on Truth and Facts.] Every State law must conform in the first place to the Constitution of the United States, and then to the subordinate constitutions of the particular state; and if it infringes upon the provisions of either, it is so far void." Houston v. Moore, 18 US 1, 5 L.Ed 19 (1840). It is abiding truth that "nothing can destroy a government more quickly than its failure to observe its own laws, or worse, its disregard of the charter of its own existence." Mapp v. Ohio,367 U.S. 643, 659 (1961). HARRIS V. NEW YORK U.S. Supreme Court·401 U.S. 222 (1971).  The U.S. Supreme Court has ruled that a natural individual entitled to relief is entitled to free access to its judicial tribunals and public offices in every State in the Union (2 Black 620, see also Crandell v. Nevada, 6 Wall 35. Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this

court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief. Hale v. Henkel, 201 U.S. 43]   HALE v. HENKEL 201 U.S. 43 at 89 (1906) Hale v. Henkel was decided by the united States Supreme Court in 1906. The opinion of the court states: "The "individual" may stand upon "his Constitutional Rights" as a CITIZEN. He is entitled to carry on his "private" business in his own way. "His power to contract is unlimited." He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. "His rights" are such as "existed" by the Law of the Land (Common Law) "long antecedent" to the organization of the State", and can only be taken from him by "due process of law", and "in accordance with the Constitution." "He owes nothing" to the public so long as he does not trespass upon their rights.  " HALE V. HENKEL 201 U.S. 43 at 89 (1906) Hale v. Henkel is binding on all the courts of the United States of America until another Supreme Court case says it isn't. No other Supreme Court case has ever overturned Hale v. Henkel None of the various issues of Hale v.

Henkel has ever been overruled since 1906, Hale v. Henkel has been cited by the Federal and State Appellate Court systems over 1,600 times! In nearly every instance when a case is cited, it has an impact on precedent authority of the cited case. Compared with other previously decided Supreme Court cases, no other case has surpassed Hale v. Henkel in the number of times it has been cited by the courts. "The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government."

7) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, do hereby declare as a living soul, that I am Sui Juris and demand that I, be recognized as such.] "Merely being native born within the territorial boundaries of the United States of America does not make such an inhabitant a Citizen of the United States subject to the jurisdiction of the Fourteenth Amendment."  Elk v. Wilkins, Neb, 5s.ct.41,112 U.S. 99, 28 L. Ed. 643.

8) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, I am NOT Pro Se. That I, do NOT wish to seek Counsel, I do NOT Consent.]  Affiant has no record or evidence that if Affiant fires any attorney it should ever be questioned, as per; Barr v Day, 124 Wn. 2d 318, at 328 (1994) "Attorney when fired, is fired without question."  "It is a clearly

established principle of law that an attorney must represent a corporation, it being incorporeal and a creature of the law. An attorney representing an artificial entity must appear with the corporate charter and law in his hand. A person acting as an attorney for a foreign principal must be registered to act on the principal's behalf." See, Foreign Agents Registration Act" (22 USC § 612 et seq.); Victor Rabinowitz et. at. v. Robert F. Kennedy,376 US 605. "Failure to file the "Foreign Agents Registrations Statement" goes directly to the jurisdiction and lack of standing to be before the court, and is a felony pursuant to 18 USC §§ 219, 951. The conflict of law, interest and allegiance is obvious. A Lawyer can not make a claim to your rights , Only you can. Federal District Court Judge James Alger Fee's mind blowing assertion in United States v. Johnson, 76 F. Supp. 538 (M.D. Pa. 1947)

9) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, I, am NOT a "PERSON".  I am NOT, a "US CITIZEN".  I, am NOT an EMPLOYEE of the STATE, UNITED STATES, UNITED NATIONS, or the DISTRICT of COLUMBIA, and therefore I am NOT subject to its rules, codes, and statutes. I, do NOT Consent and I, do NOT Pledge my Allegiance to any other than my GOD, for it is by his Grace alone, that I, shall live.] "Since in common usage, the term `person' does not include the

sovereign, statutes employing the phrase are ordinarily construed to exclude it."  U.S. v. General Motors Corporation, D.C. Ill, 2 F.R.D. 528, 530: In "common usage the word `person' does not include the sovereign, and statutes employing the word are generally construed to exclude the sovereign." Church of Scientology v. US Department of Justice, 612 F.2d 417 @425 (1979): "the word `person' in legal terminology is perceived as a general word which normally includes in its scope a variety of entities other than human beings., see e.g. 1, U.S.C. § para 1." In the 1935 Supreme Court case of Perry v. US (294 US 330) the Supreme Court found that: "In United States, sovereignty resides in people... the Congress cannot invoke the sovereign power of the People to override their will as thus declared.",

10) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, declare I, am NOT a Resident of the District of Columbia or any "districts" so claimed by "The Corporation" and/or any of it's Zip Codes calling itself the "UNITED STATES" or any Appellation thereof. I do NOT consent.] Every State law must conform in the first place to the Constitution of the United States, and then to the subordinate constitutions of the particular state; and if it infringes upon the provisions of either, it is so far void." Houston v. Moore, 18 US 1, 5 L.Ed 19 (1840). It is abiding truth that "nothing can destroy a government more quickly than its

failure to observe its own laws, or worse, its disregard of the charter of its own existence." Mapp v. Ohio,367 U.S. 643, 659 (1961). HARRIS V. NEW YORK U.S. Supreme Court·401 U.S. 222 (1971).  The federal Constitution makes a careful distinction between natural born Citizens and citizens of the United States** (compare 2:1:5 with Section 1 of the so-called 14th Amendment). One is an unconditional Sovereign by natural birth, who is endowed by the Creator with certain unalienable rights; the other has been granted the revocable privileges of U.S.** citizenship, endowed by the Congress of the United States**. One is a Citizen, the other is a subject. One is a Sovereign, the other is a subordinate. One is a Citizen of our constitutional Republic; the other is a citizen of a legislative democracy (the federal zone). Notice the superior/subordinate relationship between these two statuses.

11) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, having recently learned of the fraud, do state for the record that "THERE IS NO CONTRACT" with the "UNITED STATES", "STATE of NEVADA", "ANY COURT", "JUDGE", "ATTORNEY", "ADMINISTRATOR", "AGENT" or "POLITICIAN" thereof. That there has never been present the 8 elements of a contract or any Full and Honest disclosure. Nor was there ever a time where I was not under duress. Neither was there,

<u>both</u> I, and another(s) wet ink signatures on any such document(s). I,

do <u>NOT</u> Consent.]  **See Below 8 Elements of a contract**

## 1. Parties competent to contract

The parties to a contract should be competent, being of the age of consent, of sound mind, not disqualified from contracting by any law to which s/he is subject. A flaw in capacity may be due to minority, lunacy, idiocy, drunkenness, or dissimilarity of kind. The parties should be of the same kind, being either legal fiction actors, or natural living men/women, allowing more than two parties, but never a mixture of these kinds and their respective jurisdictions.

## 2. Free and genuine consent

The consent of the parties to the agreement must be free and genuine. The consent of the parties should not be obtained by misrepresentation, fraud, undue influence, coercion or mistake. If the consent is obtained by any of these means, then the contract is not valid or legally/lawfully enforceable.

## 3. Full disclosure

When negotiating a contract, full disclosure is the step of providing all material information, or telling the "whole truth", about any matter which may influence the decision-making of the other party or parties before they decide to enter into a contract. If either party fails to make full disclosure, the contract is null and void.

4. Valuable consideration

The consideration is something of value possessed by the parties that is brought to the contract table. This something of value is bargained for and given in exchange for a promise or a performance. The parties must each receive a benefit and each suffer a detriment. To be enforceable, a contract must have valuable consideration. A contract is unenforceable if it has insufficient or unequal consideration without agreement.

5. Certainty of terms

The Terms and Conditions of the contract must be fully disclosed and agreed upon, and must be certain and fixed. Any subsequent variation of terms must be agreed.

6. Meeting of the minds

A meeting of the minds "consensus ad idem", occurs between the parties when they recognize each other, understand their mutual obligations, and agree. A meeting of the minds occurs between living men/women in lawful matters (Common Law jurisdiction), and between legal fiction actors in legal matters (Admiralty Maritime jurisdiction). A contract must be either Lawful or Legal. If one party to a contract makes a "signature" as an "accommodation party" to a legal fiction person, while the other party makes an "autograph" for a living man or woman, the parties are of unequal kinds, and the contract is null & void.

## 7. Autographs or Signatures

Lawful written contracts between living men/women must carry the wet ink autographs of the parties, comprising living identification such as a thumbprint, but more often living standing is recognized by an unambiguous declaration with the handwritten wet ink autograph, including the prefix "By:", and/or the words "All Rights Reserved," and "Without Prejudice," written below. Legal written contracts between legal fiction actors must carry the wet ink signatures of the parties, as an accommodation from a man/woman.

8. Privity of contract

A contract exists only between the parties. No third-party can obtain

rights contained within a contract, or buy or sell a contract, without the

express permission of the original parties.


12) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, shall only file

AFFIDAVITS, or NOTICES. If an AFFIDAVIT is not challenged within 21

days "point by point" it is FACT and shall be on the record as truth.]

Morris v National Cash Register, 44 S.W. 2D 433, clearly states at point

#4 that "uncontested allegations in affidavit must be accepted as

true.", and the Federal case of Group v Finletter, 108 F. Supp. 327

states, "Allegations in affidavit in support of motion must be

considered as true in absence of counter-affidavit."

13) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, Claim that no

crime by me exists as i have not knowingly injured another soul.  "A

'Statute' is not a Law," (Flournoy v. First Nat. Bank of Shreveport, 197

La. 1067, 3 So.2d 244, 248),]

A "Code' is not a Law," (In Re Self v Rhay Wn 2d 261), in point of

fact in Law, A concurrent or 'joint resolution' of legislature is not

"Law," (Koenig v. Flynn, 258 N.Y. 292, 179 N. E. 705, 707; Ward v

State, 176 Okl. 368, 56 P.2d 136, 137; State ex rel. Todd v. Yelle, 7 Wash.2d 443, 110 P.2d 162, 165).

All codes, rules, and regulations are for government authorities only, not Living Souls / Creators in accord with God's Laws.

"All codes, rules, and regulations are unconstitutional and lacking due process of Law.."(Rodriques v. Ray Donavan, U.S. Department of Labor, 769 F.2d 1344, 1348 (1985))

"All laws, rules and practices which are repugnant to the Constitution are null and void" [Marbury v. Madison, 5th US (2 Cranch) 137, 180] [Therefore if the woman/man Calling herself/himself as so named above "UNITED STATES" shall come forward in her/his own flesh body showing acceptable identification, can point me out across the room identifying I, as having done him/her some injury, I, shall make amends giving fair and just compensation to discharge this matter.] "For a crime to exist, there must be an injured party. There can be no sanction or penalty imposed upon one because of this exercise of Constitutional rights."- Sherar v. Cullen, 481 F. 945.

14) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, instruct you to discharge this entire matter, with extreme prejudice and award the penalties for the crimes to be paid to me in compensation and damages for bringing false charges and arrest against my soul. Plus a

charge of $1. / per Minute or $1,440. / per day, from date of first

indictment to date of my dismissal and release.]

15) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, Demand after

dismissal and release that all information of myself and any fictional

entity fraudulently created in my similar name, be removed/stricken

from the record, including all physical and intellectual property linking

me to same.]   Canon 2057 - Any Administrator or Executor that

refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a Person

establishing their status and competency, is guilty of fraud and

fundamental breach of their fiduciary duties requiring their immediate

removal and punishment.  50 USC 4305 B (2) "Any payment,

conveyance, transfer, assignment, or delivery of property or interest

therein, made to or for the account of the United States, or as

otherwise directed, pursuant to this subdivision or any rule, regulation,

instruction, or direction issued hereunder shall to the extent thereof be

a full acquittance and discharge for all purposes of the obligation of the

person making the same; and no person shall be held liable in any

court for or in respect to anything done or omitted in good faith in

connection with the administration of, or in pursuance of and in

reliance on, this subdivision, or any rule, regulation, instruction, or

direction issued hereunder." (formerly 12 USC 95 (A) (2)

16) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, Demand that
if you do not dismiss with extreme prejudice, that you provide me with
a copy of the IRS form 1120, The judges Oath of Office and Both
Public servant Bonds, and copy of all Agents registrations as Foreign
Agents, for my review and for my appeal.]  Recently, a criminal
complaint and petition was filed in the District Court of New Jersey,
Trenton Division accusing District Court Judge Freda L Wolfson of
obstruction of justice and requesting the release of a federal prisoner,
based on the contention that the judge had no authority to sentence
anyone to jail.

**"Judges are presumed to know the law or where to find it."**

In prepared remarks by Attorney General Jeff Sessions on
September 5, 2017, Sessions stated: "As the Attorney General, it is
my duty to ensure that the laws of the United States are enforced and
that the Constitutional order is upheld. No greater good can be done
for the overall health and well-being of our Republic, than preserving
and strengthening the impartial rule of law. Societies where the rule of
law is treasured are societies that tend to flourish and succeed."

The petitioner, David Moleski, a former chiropractor and pilot from
Neptune, New Jersey, claims he was falsely imprisoned when the

judge in his criminal trial on mail fraud and wire fraud charges, sentenced him to 54 months in prison, followed by five years of supervised release, as well as a $10,000 fine and more than $48,000 in restitution. Because of the false imprisonment, Moleski's lawyers requested the immediate release of their client.

The argument presented in the complaint suggests that Judge Wolfson obstructed justice pursuant to 18 USC § 1512, et. seq., because she knew in advance that she had no authority to "prosecute, adjudge, or imprison" Moleski. Attorneys for Moleski and other social justice groups thoroughly researched the issue and found that the law granting District Court Judges the authorization to send any defendants in any criminal case to prison is invalid because the bill that passed the house in 1947 did not match the one that passed the Senate in 1948. If Public Law 80-772 is indeed not valid, then Moleski and presumably thousands of other prisoners, were sent to prison illegally.

This is a very serious issue because it would mean that no federal judge currently has authorization to sentence anyone accused of a federal crime to prison; it would call into question any criminal case in which a a person convicted of a federal crime was sentenced to incarceration.

President Truman "signed" Public Law 80-772 into law on June 25, 1948. Thus ostensibly rewrote Title 18 of the United States Code. However a different bill passed the House in 1947 than passed the Senate in 1948, rendering that law unconstitutional.

Until the Senate and the House pass the EXACT SAME BILL and the bill is signed by the President or the bill is not signed and becomes law without signature because BOTH houses passed the bill, there is no law. Just because the House of Representatives voted to pass a law does not make it an enforceable law without passage from the Senate as well.

So all you had is a bill passed by the House in 1947 and a different one passed by the Senate in 1948 and then they have to get together and negotiate a combined or compromised law for passage of both houses before it can become law or the law dies. See Article I, Section 7 of the Constitution.

Title 18 also also includes 18 U.S.C. § 4081 and 18 U.S.C. § 4082, which authorizes the transfer of a federal criminal judgment from the U.S. District Court to the Department of Justice and then from the Department of Justice to the Bureau of Prisons.  However, 18 USC 4081 and 4082 are not in the Statutes at Large, and do not exist as a

matter of law. No transfer of a judgment is possible, rendering any imprisonment impossible.

Researchers looked at numerous memos from House and Senate Clerks, and they all confirmed that the bill that passed the House on May 12, 1947 was different from the one that passed the Senate in June,1948 and went to Truman's desk. According to the argument in the complaint, P.L. 80-772 positively repealed the previous laws granting jurisdiction to district court judges, which means District Court Judges effectively have no jurisdiction to either classify defendants in the Bureau of Prisons or to hold them at all. In other words, based on their research, even if a judgment was considered valid, judges have no authority to send anyone to prison.

The recent complaint makes the claim that Judge Wolfson's acceptance of indictments and the issuance of orders in Moleski's case are legally void and thus constitute obstruction of justice because 18 U.S.C. § 3231 was never legally passed by Congress and neither 18 U.S.C. § 4081 nor 18 U.S.C. § 4082 are valid sections of the statutes at large. In addition, they claim the denial of the Motion to Dismiss on Sept. 13, 2014 filed by Moleski in Moleski's's case it is obstruction of justice because both the House

and the Senate failed to properly pass the same version of P.L. 80-772. Wolfson is presumed to know that.

This is not entirely a new argument. As early as 2008, the Bureau of Prisons received a large volume of Requests for Administrative Relief because of the claim that no law currently exists that grants jurisdiction to District Court Judges to transfer those convicted of a crime to prison. In 2008 Harley Lappin, then head of the Bureau of Prisons asked the number 2 person in the Department of Justice to investigate the claims. The Department of Justice advised him that the 18 U.S.C. § 3231 is unconstitutional.

It has the potential to affect a great many current and former federal prisoners, from both the United States and foreign countries.

17) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, giving NOTICE that I, am quite aware of the Bid, Payment, and Performance Bonds, and the fraud associated therewith. As well as its "Net Retentions". And, that the good people are learning of this fraud as well.] "DOJ is By far the largest contributor". Department of Fiscal Services.  "Citizens are human capital" (Executive Order 13037)

18) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, am quite aware that the UNITED STATES is a Foreign Entity, the STATE being a Foreign STATE, the Court being a Foreign Entity, and its Agents being

Foreign Agents. A De Facto Government without any such De Jure Jurisdiction over those living souls it did not create.]   "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action." Melo v. US, 505 F2d 1026. "There is no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215. "The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F2d 416. "Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Lantana v. Hopper, 102 F2d 188; Chicago v. New York, 37 F Supp 150. "A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732. "Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio." In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846. "Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." Dillon v. Dillon, 187 P 27. "A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the

authority to decide that question in the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409. "A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." Wuest v. Wuest, 127 P2d 934, 937. "Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739. "the fact that the petitioner was released on a promise to appear before a magistrate for an arraignment, that fact is circumstance to be considered in determining whether in first instance there was a probable cause for the arrest." Monroe v. Papa, DC, Ill. 1963, 221 F Supp 685.

19) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, Declare that if not promptly discharged, **pursuant to FrCrimP 12(b)(2)(3) to declare the indictment and case void, *ab initio.*** I will be requiring leave of court and false imprisonment, so that I may bring forth an actual and proper verifiable CLAIM before the court to address these Trespasses against me in the proper venue against those individual souls

responsible for these serious crimes.  i.e. Trespasses such as, Bringing

False Charges, False Imprisonment, Unlawful Conversion, Barratry,

Fraud, Unjust Enrichment, Involuntary Servitude/Slavery, Personage,

Peonage, Press ganging, Defamation of Character, and others.]

Trezevant v City of Tampa, 741 F.2d 336, (11th Cir, 9-6-1984) US Court

of Appeal awarded $65,217.39/hour for false imprisonment. Hafer v.

Melo, 502 US 21 (1991) The US Supreme Court ruled that public

Officials who cause "Unauthorized Deprivations" lose their Eleventh

Amendment Protection and are subject to suit for damages under 42

USC 1983. This Case before the US Court of Appeals is found at 912

Fed 2d 628. The key is negligence: acting in excess or without

authority or jurisdiction or failing to act when required to do so.  Also

read Melo v Hafer, 912 F 2d 628 (1990).Westfall v Erwin, 484 US 292

(1988); Will v Michigan State Police, 491 US 58 (1989); and Mitchum v

Foster, 407 US 225 (1972).PL 94-381 and Senate Report 94-204, 28

USC § 2284.  "When lawsuits are brought against federal officials, they

must be brought against them in their "individual" capacity not their

official capacity. When federal officials perpetrate constitutional torts,

they do so ultra vires (beyond the powers) and lose the shield of

immunity." Williamson v. U.S. Department of Agriculture, 815 F.2d. 369,

ACLU Foundation v. Barr, 952 F.2d. 457, 293 U.S. App. DC 101, (CA

DC 1991). "It is the duty of all officials whether legislative, judicial, executive, administrative, or ministerial to so perform every official act as not to violate constitutional provisions. "Montgomery v state 55 Fla. 97-45S0.879 a. "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible.

20) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, Declare that, The words used are the words of the Author, and are plain, concise and commonly recognized English and should not be used or twisted in legalese. I, do <u>NOT</u> Consent.]   Simple words such as "person" "citizen" "people" "or" "nation" "crime" "charge" "right" "statute" "preferred" "prefer" "constitutor" "creditor" "debtor" "debit" "discharge" "payment" "law" and "United States" doesn't mean what we think it does because we were never taught the legal definitions of the above words. No full and honest disclosure = fraud. For Fraud vitiates all contracts. "Fraud vitiates everything" Boyce v. Grundy, 3 Pet. 210 "Fraud vitiates the most solemn contracts, documents and even judgments." U.S. v. Throckmorton, 98 US 61 WHEREAS, officials and even judges have no immunity (See, Owen vs. City of

Independence, 100 S Ct. 1398; Maine vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21;

21) [I, :ryan-c: Bundy, a living soul, a man of GOD, Sui Juris, Declare that Upon my indictment, false arrest, being finger printed and DNA swabbed, and to this date below Autographed, that at No Time during this process, have I, been afforded my Rights. In Fact I, have been Terrorized, Forcibly Beaten, Degraded, Humiliated, and sexually exploited. This being an extreme trespass on my soul. All without Due Process or confirmed guilt. Just one more reason for the Case to be dismissed immediately, without Prejudice, without Recourse.]
**see Arizona vs Miranda**

22) SEE ATTACHED "Notice to Clerk" I hereby Mandate you to record this Affidavit and Demand that it be made available on PACER under the above referenced case #, so it may be put on the record and **found**, and the record **corrected,** until such time of my dismissal and release.

**Notice to agent is Notice to Principle, Notice to Principle is Notice to Agent.**

The use of notary below is for the explicit purpose of both a **"Jurat Certificate"** and for **"Identification",** and such use does not grant any "jurisdiction" to anyone other than I, for or on my own behalf. definition/meaning of jurisdiction  juris = law  diction = words

**FURTHER AFFIANT SAITH NOT.**

**Certification:  The following is timely filed.**

Autographed without prejudice, and without recourse,

_Ryan C Bundy_   as Principal, by Special Appearance,

Notice to agents is notice to principal, Notice to principal is notice to agent.

Proceeding by Sui Juris.   UCC 1-30   by order of

Bundy, Ryan C

*Shawna Cox*, Sui Juris, legal assistant by all rights and all powers as ordered by the 9th and 10th amendment of Bill of Rights and Bill of Provisions by the united states constitution.

<strong>JURAT CERTIFICATE</strong>

NEVADA STATE                                }
COUNTY OF   Clark                          }
On   09|25|17           before me, _____
Jose   Cruz a Notary Public, personally appeared
          Shawna   Cox           who proved

to me on the basis of satisfactory evidence to be the person(s) whose

Names(s) is/ are subscribed to the within instrument and acknowledged to

Me that he/she/they executed the same in his/their/her authorized capacity(ies),

And that by his/their/her autograph(s) on the instrument the person(s) acted, executed,

the instrument.  I certify under PENALTY OF PERJURY under the laws of Utah State

that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Signature*_____

JOSE A. CRUZ
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 03-12-19
Certificate No: 15-1092-1