STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
Nevada Bar No. 9635
NADIA J. AHMED
DANIEL R. SCHIESS
Assistant United States Attorneys
ERIN M. CREEGAN
Special Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
steven.myhre@usdoj.gov
nadia.ahmed@usdoj.gov
erin.creegan@usdoj.gov
dan.schiess@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN C. BUNDY,<br><br>    Defendant. | 2:16-CR-00046-GMN-PAL<br><br>**GOVERNMENT'S MOTION TO STRIKE DEFENDANT RYAN BUNDY'S "AFFIDAVIT OF TRUTH AND URGENT NOTICE: CHALLENGE OF JURISDICTION AND DEMAND FOR RELEASE / OFFER TO CONTRACT NOT ACCEPTED" (ECF No. 2529)** |

**CERTIFICATION: This Motion is timely filed.**

The United States, by and through the undersigned, respectfully submits this Motion to Strike Defendant Ryan Bundy's "Affidavit of Truth and Urgent Notice: Challenge of Jurisdiction and Demand for Release / Offer to Contract Not Accepted" (ECF No. 2529).

The Defendant has filed numerous motions challenging jurisdiction and his detention in this case that have been considered and decided. He has more recently filed several "affidavits" regarding jurisdiction and demanding release without providing any cognizable legal or factual basis to do so. *See* ECF No. 2309, 2474, 2529. The Court has stricken ECF Nos. 2309 and 2474 because the deadline has passed for dispositive motions and because these issues have previously been addressed. ECF No. 2525.

Defendant Bundy's "Affidavit of Truth and Urgent Notice," to the extent that it may be deciphered, appears to raise the same issues as the affidavits already stricken by the Court. Accordingly, the government respectfully requests that the Court strike this affidavit as well on the same bases.

Alternatively, to the extent the affidavit seeks relief from the Court, the government respectfully requests that the Court deny any relief sought because the affidavit presents nothing new that the Court has not already considered and provides no basis for relief.

/////
/////
/////
/////
/////
/////
/////

**WHEREFORE**, for all the foregoing reasons, the government respectfully requests that the Court grant this motion and strike Defendant Bundy's "Affidavit of Truth and Urgent Notice: Challenge of Jurisdiction and Demand for Release / Offer to Contract Not Accepted" (ECF No. 2529), or in the alternative, deny the relief sought.

**DATED** this 10th day of October, 2017.

    Respectfully,

    STEVEN W. MYHRE
    Acting United States Attorney

    */s/ Steven W. Myhre*
    _____
    NADIA J. AHMED
    DANIEL R. SCHIESS
    Assistant United States Attorneys
    ERIN M. CREEGAN
    Special Assistant United States Attorney

    *Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **MOTION TO STRIKE DEFENDANT RYAN C. BUNDY'S "AFFIDAVIT OF TRUTH AND URGENT NOTICE: CHALLENGE OF JURISDICTION AND DEMAND FOR RELEASE / OFFER TO CONTRACT NOT ACCEPTED" (ECF No. 2529)** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 10th day of October, 2017.

*/s/ Steven W. Myhre*
_____
STEVEN W. MYHRE
Acting United States Attorney