# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-cr-00046-GMN-CWH-2 |
| vs. | ) | |
| RYAN C. BUNDY, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

On October 6, 2017, this Court ordered the CJA Administrator to locate new counsel for defendant Ryan C. Bundy.

Accordingly, IT IS HEREBY ORDERED that THOMAS A. ERICSSON, is APPOINTED as counsel for Ryan C. Bundy in place of Angela H. Dow's Office for all future proceedings.

Angela H. Dow's office shall forward the file to Mr. Ericsson forthwith.

DATED this 11 day of October, 2017.
*Nunc Pro Tunc*: October 6, 2017.

_____
UNITED STATES DISTRICT JUDGE