# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:16-cr-00046-GMN-CWH-2 |
| vs. ) | |
| ) | |
| RYAN C. BUNDY, ) | |
| ) | |
| Defendant. ) | **ORDER** |
| ) | |

On October 6, 2017, this Court appointed Thomas Ericsson as counsel of record for Ryan C. Bundy. During the telephonic hearing that same day, Mr. Ericsson requested he be relieved as counsel of record. The Court denied his oral motion until a replacement attorney could be located. Attorney Maysoun Fletcher has agreed to accept appointment as counsel of record in this case.

Accordingly, IT IS HEREBY ORDERED that MAYSOUN FLETCHER, is APPOINTED as counsel for Ryan C. Bundy in place of Thomas Ericsson for all future proceedings.

Thomas Ericsson shall forward the file to Ms. Fletcher forthwith.

DATED this  11  day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE