UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>     v.<br>RYAN C. BUNDY,<br><br>                        Defendant. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(Aff. Truth & Urgent Notice – ECF No. 2529;<br>Mot. to Strike – ECF No. 2645) |

Before the court are Defendant Ryan C. Bundy's Affidavit of Truth and Urgent Notice: Challenge of Challenge Jurisdiction and Demand for Release Offer to Contract Not Accepted (ECF No. 2529), and the Government's Motion to Strike (ECF No. 2645) Bundy's Affidavit. These filings were referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

Mr. Bundy has filed a number of motions challenging the court's jurisdiction over these proceedings which the court has considered and addressed. Ryan Bundy's jurisdictional most recent challenge is untimely and amounts to an abusive litigation tactic. Dispositive motions were due October 3, 2016, pursuant to the court's Case Management Order (ECF No. 321). Ryan Bundy requested and received an extension of his deadlines until October 17, 2016, and did not request any further extensions. Bundy has filed multiple motions challenging this court's jurisdiction, which have been considered and decided.[1] He has also filed multiple motions demanding to be released, which have been considered and decided.[2] He has filed multiple motions challenging the

---

[1] *See, e.g.*, ECF Nos. 831, 1536, 2309, 2474, 2487, 2491, 2525.

[2] *See, e.g.*, ECF Nos. 1082, 1550, 1729, 2069, 2182, 2309, 2336, 2493, 2525.

1

sufficiency of the Superseding Indictment (ECF No. 27), which have been considered and decided.[3] The current "affidavit" will therefore be stricken.

**IT IS ORDERED:**

1. The Government's Motion to Strike (ECF No. 2645) is **GRANTED**.
2. The Clerk of the Court shall **STRIKE** Defendant Ryan C. Bundy's Affidavit of Truth and Urgent Notice: Challenge of Challenge Jurisdiction and Demand for Release Offer to Contract Not Accepted (ECF No. 2529) from the court's docket.

DATED this 20th day of October, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

---

[3] *See, e.g.*, ECF Nos. 831, 996, 1031, 1251, 1647, 1678, 1681, 1911, 1912, 1913, 2479, 2492.