UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br>RYAN C. BUNDY,<br>　　　　　　　Defendant. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(Mot. to Dismiss – ECF No. 2625;<br>Mot. to Strike – ECF No. 2728) |

Before the court is Defendant Ryan C. Bundy's Motion to Dismiss Indictment With Prejudice Pursuant to FRCRIMP 12(b) [*sic*] (ECF No. 2625) and the Government's Motion to Strike (ECF No. 2728) Bundy's motion. These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

Mr. Bundy's motion to dismiss is untimely. Dispositive motions were due October 3, 2016, pursuant to the court's Case Management Order (ECF No. 321). Ryan Bundy requested and received an extension of his deadlines until October 17, 2016, and did not request any further extensions. He has filed multiple motions challenging the sufficiency of the Superseding Indictment (ECF No. 27), which have been considered and decided.[1] He has also filed multiple motions demanding to be released, which have been considered and decided.[2] After exercising its discretion to address the merits of multiple untimely motions, *see* ECF Nos. 1029, 1030, 1031, 1251, 1274; the court recommended that his untimely motion be denied and warned Mr. Bundy that it "will simply not tolerate repeated disregard of court imposed deadlines, and *will summarily deny any future untimely filed motions*." Apr. 28, 2017 Report & Recommendation (ECF No. 1912) (emphasis added), *accepted and adopted by* Order (ECF No. 2492) (overruling Ryan

---

[1] *See, e.g.*, ECF Nos. 831, 996, 1031, 1251, 1647, 1678, 1681, 1911, 1912, 1913, 2479, 2492.
[2] *See, e.g.*, ECF Nos. 1082, 1550, 1729, 2069, 2182, 2309, 2336, 2493, 2525.

1

Bundy's objections). Despite this Mr. Bundy continues to file untimely, duplicative motions. His current motion is frivolous and Mr. Bundy's practice of filing untimely serial motions is an abusive litigation tactic. The current motion will therefore be stricken.

**IT IS ORDERED:**

1. The Government's Motion to Strike (ECF No. 2728) is **GRANTED**.
2. The Clerk of the Court shall **STRIKE** Defendant Ryan C. Bundy's Motion to Dismiss Indictment With Prejudice Pursuant to FRCRIMP 12(b) [*sic*] (ECF No. 2625) from the court's docket.

DATED this 20th day of October, 2017.

 PEGGY A. LEEN
 UNITED STATES MAGISTRATE JUDGE