UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00046-GMN-PAL |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RYAN C. BUNDY, | (ECF Nos. 2298, 2398, 2447, 2448, 2487, 2488, 2489, 2499, 2595, 2606, 2623, 2629) |
| Defendant. | |

Before the court are Defendant Ryan C. Bundy's Notice Regarding Verifiable Claim and Compensation (ECF No. 2298), Notice of Rescindation [*sic*] of Financial Affidavit (ECF No. 2398), Notice re: Full Reconveyance (ECF No. 2447), Notice of Patent of Nativity (ECF No. 2448), Notice of Demand for Immediate Release (ECF No. 2487), Notice of Termination of Services (ECF No. 2488), Affidavit Not Pro Se (ECF No. 2489), Emergency Judicial Notice and Cease and Desist Order (ECF No. 2499), Notice of Assertion of Right to be Presumed Innocent (ECF No. 2595), Emergency Judicial Notice and Cease and Desist Order (ECF No. 2606), Notice and Affidavit of Truth (ECF No. 2623), and Affidavit (ECF No. 2629). These filings are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

"It is well established that district courts have inherent power to control their docket." *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010) (quoting *Atchison, Topeka & Santa Fe Ry. v. Hercules, Inc.*, 146 F.3d 1071, 1074 (9th Cir. 1998)). This includes the power to strike improperly filed items from the docket. *Id*. Such power is indispensable to the court's ability to enforce its orders, manage its docket, and regulate insubordinate conduct. *Adobe Sys. Inc. v. Christenson*, 891 F. Supp. 2d 1194, 1201 (D. Nev. 2012).

Mr. Bundy's "affidavits," "demands," "notices," and "orders" are improper filings that are

not authorized by federal statute, the Federal Rules of Criminal Procedure, or the Local Rules of Criminal Practice. He has filed multiple motions challenging the sufficiency of the Superseding Indictment (ECF No. 27), which have been considered and decided.[1] He has also filed multiple motions demanding to be released, which have been considered and decided.[2] The court advised Mr. Bundy he was required to abide by the applicable case law, rules of procedure, and courtroom protocol during his initial *Faretta* canvass. *See* Apr. 19, 2016 Mins. of Proceedings (ECF No. 285), Apr. 19, 2016 Hr'g Transcript (ECF No. 1312) at 9–10. The court has reminded Mr. Bundy of these requirements during a recent hearing addressing Mr. Bundy's self-representation. *See* Sept. 8, 2017 Mins. of Proceedings (ECF No. 2346), and in a number of written orders.[3] His recent filings are frivolous, largely fantastical, and to the extent intelligible at all request the same relief requested previously-decided motions. The duplicative filings amount to an abusive litigation tactic that has taxed the resources of the court and all of the parties in this case. The filings will therefore be stricken.

**IT IS ORDERED:** the Clerk of the Court shall **STRIKE** from the court's docket Defendant Ryan C. Bundy's:

1. Notice Regarding Verifiable Claim and Compensation (ECF No. 2298),
2. Notice of Rescindation [*sic*] of Financial Affidavit (ECF No. 2398),
3. Notice re: Full Reconveyance (ECF No. 2447),
4. Notice of Patent of Nativity (ECF No. 2448),
5. Notice of Demand for Immediate Release (ECF No. 2487),
6. Notice of Termination of Services (ECF No. 2488),
7. Affidavit Not Pro Se (ECF No. 2489),
8. Emergency Judicial Notice and Cease and Desist Order (ECF No. 2499),

---

[1] *See, e.g.*, ECF Nos. 831, 996, 1031, 1251, 1647, 1678, 1681, 1911, 1912, 1913, 2479, 2492.
[2] *See, e.g.*, ECF Nos. 1082, 1550, 1729, 2069, 2182, 2309, 2336, 2493, 2525.
[3] *See also* Order (ECF No. 2492) at 3 n.4 (quoting *Faretta v. California*, 422 U.S. 806, 834 n.46 (1975) ("The right of self-representation is not a license to abuse the dignity of the courtroom. Neither is it a license not to comply with relevant rules of procedural and substantive law.")). As a result of Mr. Bundy's repeated failure to comply with the court's orders and applicable rules, his pro se status was revoked and counsel was appointed. *See* Oct. 6, 2017 Mins. of Proceeding (ECF No. 2631).

9. Notice of Assertion of Right to be Presumed Innocent (ECF No. 2595),

10. Emergency Judicial Notice and Cease and Desist Order (ECF No. 2606),

11. Notice and Affidavit of Truth (ECF No. 2623), and

12. Affidavit (ECF No. 2629).

DATED this 20th day of October, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE