**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>         Defendants. | 2:16-cr-46-GMN-PAL-1-4<br><br>DATE: October 24, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich          COURT REPORTER: Kathy Eismann

COUNSEL FOR PLAINTIFF:  Steven Myhre, Nadia Ahmed and Daniel Schiess with FBI Agents Joel Willis and Sharon Gavin and BLM Officer Christopher Allen

COUNSEL FOR DEFENDANT:  Bret Whipple, Maysoun Fletcher (Stand-by Counsel for Ryan Bundy), Daniel Hill, Jay Morgan Philpot, Brenda Weksler, Ryan Norwood, and Cristen Thayer

MINUTES OF PROCEEDINGS: Evidentiary Hearing (Day 2)

8:44 a.m.  The Court convenes.  The Court makes preliminary statements.  The Court and parties discuss topics regarding the treatment of the defendants.  Mr. Whipple's oral motion is DENIED as stated on the record.

9:01 a.m.  **KENT KLEMAN**, called by Defendant Ryan Payne, is sworn and testifies on direct examination by Mr. Norwood.  Mr. Whipple conducts direct examination on behalf of Cliven Bundy.

10:29 a.m.  The Court stands at recess for a morning break.

10:56 a.m.  The Court reconvenes. **KENT KLEMAN**, called by Defendant Ryan Payne and previously sworn, testifies on direct examination by Mr. Hill on behalf of Ammon Bundy.  Ryan Bundy conducts direct examination.  Mr. Myhre conducts cross examination.

12:15 p.m.  The Court stands at recess for lunch.

1:31 p.m.  The Court reconvenes. **KENT KLEMAN**, called by Defendant Ryan Payne and previously sworn, testifies on redirect examination by Mr. Norwood.    Ryan Bundy conducts redirect examination.  Mr. Hill conducts redirect examination.

2:33 p.m.  The Court stands at recess for an afternoon break.

2:43 p.m.  **TONI SUMINSKI,** called by Defendant Ryan Payne, is sworn and testifies on direct examination by Ms. Weksler.  **EXHIBITS 6010 and 6011 are marked but not admitted.**

3:48 p.m.  Court adjourns.

Evidentiary Hearing continued to Wednesday, October 25, 2017, at 10:00 a.m.  Calendar Call shall be held at the conclusion of the Evidentiary Hearing.

                                                DEBRA K. KEMPI, CLERK
                                                U.S. DISTRICT COURT

                                                BY:_____/S/_____
                                                Aaron Blazevich, Deputy Clerk