DANIEL HILL, ESQ.
NV Bar # 12773
HILL FIRM
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Tel:    (702) 848-5000
Fax:    (702) 442-8338
dan@hillfirmlawyers.com
*Attorney for Defendant Ammon Bundy*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:16-cr-00046-GMN-PAL** |
| Plaintiff, | **CASE NO.:** ~~2:16-cr-00146-GMN-PAL~~ |
| vs. | **AMMON BUNDY, RYAN BUNDY, AND RYAN PAYNE'S PROPOSED ORDER REGARDING CUSTODIAL SEARCHES** |
| AMMON BUNDY, *et al.*, | |
| Defendants. | |

    Ammon Bundy, Ryan Bundy, and Ryan Payne's proposed order regarding custodial searches

is attached as **Exhibit A**. This order is being proposed in accordance with the Court's oral ruling at

///
///
///
///
///
///
///
///
///
///
///

the status conference conducted in this case on October 6, 2017.

DATED this 17th day of October 2017.

HILL FIRM PLLC

BY:   /s/ Daniel Hill
_____
DANIEL HILL
Counsel for Ammon Bundy


FEDERAL PUBLIC DEFENDER

BY:   /s/ Brenda Weksler
      /s/ Ryan Norwood
_____
BRENDA WEKSLER
RYAN NORWOOD
Counsel for Ryan Payne


THE FLETCHER FIRM PC

BY:   /s/ Maysoun Fletcher
_____
MAYSOUN FLETCHER
Counsel for Ryan Bundy

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of October 2017, a true and correct copy of **AMMON BUNDY, RYAN BUNDY, AND RYAN PAYNE'S PROPOSED ORDER REGARDING CUSTODIAL SEARCHES** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.


By   */s/ Daniel Hill*
                    Daniel Hill of HILL FIRM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**
**(proposed order)**

**EXHIBIT A**
**(proposed order)**

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

2:16-cr-00046-GMN-PAL

8

UNITED STATES OF AMERICA,

CASE NO.: 2:16-cr-00146-GMN-PAL

9

Plaintiff,

10

vs.

**ORDER**

11

AMMON BUNDY, *et al.*,

12

Defendants.

13
14

    This matter comes before the Court on Defendant Ammon Bundy's motion regarding pre-

15

trial-detention conditions, and custodial searches, made orally at the October 6, 2017 status

16

conference conducted in this case. Defendant Ryan Payne orally joined in the motion.

17

    Defendants Ammon Bundy, Ryan Payne and Ryan Bundy are currently being detained at the

18

Nevada Southern Detention Center in Pahrump, Nevada. According to representations shared in open

19

court by Mr. Ammon Bundy, who was present telephonically, and the acting assistant warden at the

20

Nevada Southern Detention Center (the "Detention Center"), who was also present telephonically,

21

Ammon Bundy is strip searched every time he leaves the Detention Center, whether or not a contact

22

or public visit has occurred. Ammon Bundy is also strip searched every time he returns to the

23

Detention Center. Also, according to Ammon Bundy, he is strip searched prior to leaving solitary

24

confinement whether or not a contact or public visit has occurred. The assistant warden of the

25

Detention Center indicated that all of the persons being held at the Detention Center were treated in

26

the same fashion and that these strip searches were "absolutely" necessary to ensure that no

27

contraband, i.e. anything not allowed in the facility, in fact enters into the Detention Center.

28

    At the hearing, the U.S. Marshal's Office indicated that conditions at the Henderson

Detention Center were not as stringent.

Therefore, to facilitate the efficiency of the upcoming trial and ensure the presence of all defendants at trial, and for all the reasons stated on the record at the October 6, 2017 status conference,

**IT IS HEREBY ORDERED** that the following conditions regarding the pre-trial detention and custodial searches of Ammon Bundy, Ryan Bundy, and Ryan Payne shall apply:

1. There shall be no routine strip searches or cavity searches of Ammon Bundy, Ryan Bundy, and Ryan Payne. Instead Defendants shall be required to remove their clothing down to, but not including, their undergarments. The Court will not prohibit strip searches to the extent that there is a safety concern, only routine strip searches.

2. Routine searches may instead be conducted by pat-down, handheld magnetometer, or other technology as available.

3. Ammon Bundy, Ryan Bundy, and Ryan Payne shall be trasnfered to the Henderson Detention Center at a time shortly before trial, currently set for October 30, 2017.

DATED this __25__ day of October 2017.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

6