DANIEL HILL, ESQ.
NV Bar # 12773
HILL FIRM
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Tel: (702) 848-5000
Fax: (702) 442-8338
dan@hillfirmlawyers.com
*Attorney for Defendant Ammon Bundy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMMON BUNDY, *et al.*,<br><br>Defendants. | **2:16-cr-00046-GMN-PAL**<br>CASE NO.: ~~2:16-cr-00146-GMN-PAL~~<br><br>**AMMON BUNDY, RYAN BUNDY, AND RYAN PAYNE'S PROPOSED ORDER REGARDING CUSTODIAL SEARCHES** |

Ammon Bundy, Ryan Bundy, and Ryan Payne's proposed order regarding custodial searches is attached as **Exhibit A**. This order is being proposed in accordance with the Court's oral ruling at

///
///
///
///
///
///
///
///
///
///
///

1   the status conference conducted in this case on October 6, 2017.

2        DATED this 17th day of October 2017.

3                                        HILL FIRM PLLC

4                                        BY:   /s/ Daniel Hill

5                                              _____
                                               DANIEL HILL
6                                              Counsel for Ammon Bundy

7                                        FEDERAL PUBLIC DEFENDER

8
                                         BY:   /s/ Brenda Weksler
9                                              /s/ Ryan Norwood

10                                             _____
                                               BRENDA WEKSLER
11                                             RYAN NORWOOD
                                               Counsel for Ryan Payne
12

13                                       THE FLETCHER FIRM PC

14                                       BY:   /s/ Maysoun Fletcher

15                                             _____
                                               MAYSOUN FLETCHER
16                                             Counsel for Ryan Bundy

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 17th day of October 2017, a true and correct copy of **AMMON BUNDY, RYAN BUNDY, AND RYAN PAYNE'S PROPOSED ORDER REGARDING CUSTODIAL SEARCHES** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.


By   */s/ Daniel Hill*
         Daniel Hill of HILL FIRM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A
## (proposed order)

# EXHIBIT A
## (proposed order)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

2:16-cr-00046-GMN-PAL

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AMMON BUNDY, *et al.*,

Defendants.

CASE NO.: 2:16-cr-00146-GMN-PAL

ORDER

This matter comes before the Court on Defendant Ammon Bundy's motion regarding pre-trial-detention conditions, and custodial searches, made orally at the October 6, 2017 status conference conducted in this case. Defendant Ryan Payne orally joined in the motion.

Defendants Ammon Bundy, Ryan Payne and Ryan Bundy are currently being detained at the Nevada Southern Detention Center in Pahrump, Nevada. According to representations shared in open court by Mr. Ammon Bundy, who was present telephonically, and the acting assistant warden at the Nevada Southern Detention Center (the "Detention Center"), who was also present telephonically, Ammon Bundy is strip searched every time he leaves the Detention Center, whether or not a contact or public visit has occurred. Ammon Bundy is also strip searched every time he returns to the Detention Center. Also, according to Ammon Bundy, he is strip searched prior to leaving solitary confinement whether or not a contact or public visit has occurred. The assistant warden of the Detention Center indicated that all of the persons being held at the Detention Center were treated in the same fashion and that these strip searches were "absolutely" necessary to ensure that no contraband, i.e. anything not allowed in the facility, in fact enters into the Detention Center.

At the hearing, the U.S. Marshal's Office indicated that conditions at the Henderson

Detention Center were not as stringent.

Therefore, to facilitate the efficiency of the upcoming trial and ensure the presence of all defendants at trial, and for all the reasons stated on the record at the October 6, 2017 status conference,

**IT IS HEREBY ORDERED** that the following conditions regarding the pre-trial detention and custodial searches of Ammon Bundy, Ryan Bundy, and Ryan Payne shall apply:

1. There shall be no routine strip searches or cavity searches of Ammon Bundy, Ryan Bundy, and Ryan Payne. Instead Defendants shall be required to remove their clothing down to, but not including, their undergarments. The Court will not prohibit strip searches to the extent that there is a safety concern, only routine strip searches.

2. Routine searches may instead be conducted by pat-down, handheld magnetometer, or other technology as available.

3. Ammon Bundy, Ryan Bundy, and Ryan Payne shall be trasnfered to the Henderson Detention Center at a time shortly before trial, currently set for October 30, 2017.

DATED this __25__ day of October 2017.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE