IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA

A De Facto Governmental Services Corporation

VS

RYAN C BUNDY dba

artificial entity created through fraud, Unlawful Conversion

by; ryan-c; of family Bundy – A Living Soul, A man of GOD, as Sui Juris by Special Appearance, Non-representative/Non-agent

CASE NO 2:16-cr-00046-GMN-PAL

```
____FILED       ____RECEIVED
____ENTERED     ____SERVED ON
              COUNSEL/PARTIES OF RECORD

        NOV - 3 2017

      CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY
```

Date:   1, November 2017

Notice to: Judge Gloria Navarro

ryan c:  of family Bundy NOTICE OF SIXTH AMENDMENT VIOLATION:
THE FBI OR MARSHALS APPEAR TO HAVE AN UNDERCOVER OPERATION IN THE AUDIENCE EVIDENTIARY HEARING REQUESTED

---

I ryan c. of the Bundy family, appearing by special appearance, respectfully files this NOTICE OF SIXTH AMENDMENT VIOLATION. The sixth amendment guarantees my right to a public and fair trial. It has been brought to my attention that the FBI, U.S. Marshals and/or U.S. Attorney's Office have launched an undercover operation designed to monitor, disrupt, intimidate and provoke the audience.

The attached affidavits establish that an alleged government operative has been pushing and shoving members of the audience to provoke violence. The same operative has been seen photographing jurors inside the courthouse and publishing the photos on line. The operative is under the obvious protection of the government while sitting in the court room with an FBI

Agent sitting on either side. The attached affidavit of Kelli Stewart indicates that the operative is surveilling the audience and informing the FBI of the identities of each member of the audience.

Also, the attached affidavit of Ashley Jones indicates that Marshals have shown a major distinction in the way they treat alleged infractions among the public. Ashley Jones was ordered to be removed from the courthouse permanently for merely counting out on her fingers; while M.D. Laughter, an FBI informant, is openly allowed to intimidate witnesses, push reporters and publish pictures of jurors.

Another operative was milling through the attendees and attempting to influence unrest by spreading lies of the Bundy and Finicum Families. See attached affidavits.

I request an evidentiary hearing to determine whether the United States is violating the 6th amendment and due process rights of the accused.

**Certification: The following is timely filed.**

Autographed without prejudice, and without recourse,

   _Ryan C Bundy_   as Principal, by Special Appearance,

Notice to agents is notice to principal, notice to principal is notice to agent.

Proceeding by Sui Juris.   UCC 1-308   by order of

_____
Bundy, Ryan C

_____

   *Shawna Cox*, Sui Juris, legal assistant by all rights and all powers as ordered by the 9th and 10th amendment of Bill of Rights and Bill of Provisions by the united states constitution.

                    JURAT CERTIFICATE

**NEVADA STATE**                    }
**COUNTY OF** __Clark__          }
On __11/03/17_____ before me, _____
__Jose A. Cruz__, a Notary Public, personally appeared

JOSE A. CRUZ
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 03-12-19
Certificate No: 15-1092-1

AFFIDAVIT OF KELLI STEWART

My name is Kelli Stewart and I live in the state Washington. I recently came to Las Vegas, Nevada to attend and observe proceedings in the trial of U.S. v. Bundy.

Beginning around the Spring of 2016, I have been harassed through social media by someone named Melissa or M.D. Laughter. Laughter has posted many hundreds of posts and tweets on social media designed to slander and harass me. She texted me two weeks ago with a suggestive threatening text. The reason she has targeted me is that I am perceived as a supporter of the Bundys and Constitutional liberty.

On Monday, October 30, 2017, I attended the opening day of the federal trial of United States v. Cliven Bundy, et al, inside the federal courthouse in Las Vegas, Nevada. I witnessed M.D. Laughter push Shari Dovale while standing in line waiting to enter the courtroom.

Laughter is widely believed to be an FBI informant and was the prime informant against Thomas Lacovara, a Bundy supporter who was at the Malheur Wildlife Refuge in Oregon. She initiated the prosecution against Lacovara for possession of firearms by a felon. Laughter turned him to the FBI and has openly bragged about it.

On the evening of October 30, 2017 I discovered that there was a picture of a someone identified as a potential juror on a twitter feed entitled "Goblin Seimen." The picture was taken in the cafeteria inside the federal courthouse, where no photography is allowed. I recalled that I had seen M.D. Laughter earlier in the day sitting in that very cafeteria around the time the picture was posted online. I recalled seeing that Laughter had a cellphone device and was sitting at the precise location where the picture was taken.

The following morning, Tuesday, October 31, 2017, I met with two Marshals on the 1st floor of the federal courthouse around 10:00 a.m. and showed them the picture on my phone. I notified them that I had seen M.D. Laughter with a cellphone camera at the precise location and time where and when the picture of the juror had been taken. I voiced my concern for the jurors' safety because had said in court by the judge that lawyers couldn't even name the jurors. The Marshals said they would take care of it.

Later, however, I saw that M.D. Laughter was still sitting in the gallery of the courtroom sitting next to a U.S. Marshal. I reported this to another Marshal on the 7th floor and again explained the situation. They said they would take care of it. However she continued sitting in the courtroom gallery.

During court proceedings, I could hear M.D. Laughter whispering to a marshal next to her. She was identifying members of the audience to the marshals. I specifically heard her say "Pete Santilli's friend" when Ken Rhodes entered.

1

I went outside around 4:00 pm and walked around. Around 4:40 pm I saw M.D. Laughter filming me from behind a wall. As I walked past her, she walked out from behind the wall and angrily confronted me. She was filming me and pronouncing details of my personal life including my children in her video.

I walked away from Laughter but she continued filming me down the entire city block, recording details about my children, home and family. I believe she was trying to incite me to act out. The confrontation escalated until five Homeland Security officers intervened.

It seems that M.D. Laughter is participating in an operation to surveil the courtroom audience. She has FBI or other government protection. She has the protection of the Marshals and the entire court infrastructure and is allowed to push and provoke members of the public, and to possess photography electronics inside the courtroom and even to photograph jurors. She is also on the witness list.

Further I sayeth not,

Signed: _Kelli K Stew_  Dated: _11·1·17_

Subscribed and sworn to before me
this ___ day of _NOV_, 20__
Notary Public, Clark County, Nevada

JULIE HUGHES
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 03-03-19
Certificate No: 99-51528-1

2

AFFIDAVIT OF JOHN LAMB

1. My name is John Lamb and I live in Bozeman Montana. I recently came to Las Vegas, Nevada for the Bundy Trials. Approximately 1 year ago a woman by the name of **MD Laughter (Melissa Laughter** of Las Vegas Nevada) began harassing me through social media via Twitter. I noticed this individual was in attendance at the current trial which was different from the past two Bundy Nevada trials where I have never seen her.

2. On Monday, October 30, 2017 I attended the trial for the 1st day of jury selection. As I stood in line I witnessed Melissa **Laughter push and shove Shari Douval** to get through the security line, this was also witnessed by at least 1 US Marshall whom quickly told Laughter to stop shoving people. Laughter was noticeably aggressive and irritable through her physical and facial appearance.

3. **Laughter is a government informant.** I have known previously that Laughter had acted in opposition to one of the Malheur Wildlife Refuge occupiers, Thomas Lacovara, from 2016 which also involved the Bundys, and Laughter was apart of Lacovara's arrest by reporting to the FBI that he was a felon in possession of a weapon. This report resulted in the arrest 11 months later of Mr Thomas Lacovara.

4. On Monday, October 30 I went into the cafeteria for lunch and saw Laughter sitting in the couch chairs to my left. I gathered my meal at approximately 1pm and sat down to eat. By that point she was getting up to excuse herself and leave the room. I later saw a post on twitter of a picture that had been taken of 1 or 2 potential jurors in that same cafeteria and it was posted at 1:02pm the same day I saw Laughter in the diner. The location the photo was taken was the same location Laughter had been eating lunch. I knew it had to have been taken by Laughter because she had her phone on her lap and the photo was posted to a page she either runs or is run by her friend whom she communicates with daily on Twitter: **Goblin Seimen**. This stood out to me because I know it is wrong to take pictures in the court house and its even more wrong to take pictures of potential jurors which could lead to a federal jury tampering charge.

5. On Tuesday, October 31, I left the court room with Kelli Stewart to report to the Marshals that Laughter was still in attendance in the court room despite the earlier reports to them about the pictures she had taken of the potential jurors. The US Marshals said they would take care of it immediately but by the end of the day no action that I could see was taken and Laughter was still allowed to remain in the court room during the jury selection process. This was puzzling to me.

6. That same day, Tuesday, October 31st, I left the court room and at approximately 4:40 pm I was walking down the road and saw Laughter hunched behind a half wall at the court house filming Kelli Stewart. I quickly called Mrs Stewart to let her know she needed to walk back towards the court house because she was being watched and filmed by Laughter. As Mrs Stewart approached me Laughter began filming us both as we walked away from her and she began yelling out false allegations and slander about our families and our choices to support the Bundys during this trial. She followed me up to the steps near about 6 Homeland Security police and even though they asked her leave the steps she continued yelling out at me and disturbing the peace. After 5 or so minutes the officers intervened to end the elevating confrontation.

1

7. I'm continuing to be baffled by the behavior of Laughter and also by the appeared protection she is receiving from the Marshals with in the court house and the FBI who sit by her during the trial proceedings. I know's it's illegal to photograph with in the court house, also illegal to bring a phone in the court room and also illegal to tamper or intimate prospective jurors and since I'm on the witness list I know it's also illegal to tamper or intimidate potential witnesses in a federal case such as this. I do not understand why Laughter has such leeway to behave outside of the law and outside of normal society behaviors with out reprimand or restriction.

Complete to the best of my knowledge and recollection, under penalty of perjury.

Signed: _____  Dated: Nov. 1st 2017

Subscribed and sworn to before me
this 1 day of Nov, 20 17
Notary Public, Clark County, Nevada

JULIE HUGHES
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 03-03-19
Certificate No: 99-51528-1

2

## SWORN AFFIDAVIT OF SHARI DOVALE

I, Shari Dovale, do swear and affirm, under oath and under penalties of perjury, that the following facts are true and within my personal knowledge:

I am a founder and reporter for *Redoubt News*, based in Idaho. We cover a variety of political, legal, and current events, mostly involving issues in the western states.

For several weeks I have been in Las Vegas, Nevada, reporting on the Bundy case among other matters.

On Monday, October 30, 2017, I attended the opening day of the federal trial of United States v. Cliven Bundy, et al, inside the federal courthouse in Las Vegas, Nevada. I was there to watch jury selection as a member of the public and the press.

While in the audience, I saw that Melissa (M.D.) Laughter was also in the audience near me. Laughter is widely rumored to be an undercover FBI informant and a girlfriend of Brian Cavalier, a codefendant in the Bundy case who is rumored to have been recently secretly released from custody without any open court process.

Laughter has been seen at many patriot events and was photographed wearing a holstered gun inside facilities of the Malheur Wildlife Refuge in Oregon during the widely publicized occupation of the Malheur in early 2016. I personally did a very long recorded interview with her there, while she was wearing a gun. While others (such as Shawna Cox) were criminally charged and falsely prosecuted for possessing firearms inside federal facilities (based upon no photographs and nothing but hearsay), Laughter was never charged. Laughter is widely assumed to be under FBI protection and sponsorship.

When I initially tried to sit down on the morning of October 30, M.D. Laughter told me that she was saving the seat next to her. I noticed later that an FBI agent was sitting next to her. I have previously seen her in the audience of proceedings in the case—always seated next to or near FBI agents or members of the prosecution team.

After the first break, I was in line to reenter the courtroom. I saw M.D. Laughter behind me in line. All of a sudden, without provocation, M.D. Laughter aggressively body slammed me with her hip, her shoulder and her hand—twice. I was shoved into the table next to the metal detector.

If not for the table, I would have fallen. M.D. Laughter's attack left me with pain in my arm.

A marshal witnessed this event but made no effort to arrest Laughter.

During lunch break, I ate at the cafeteria inside the courthouse. The cafeteria was quite full, but I found a seat. A woman asked to share my table. She initiated conversation by asking me if I was an attorney. I said no and returned the question. She told me that she was a potential juror. She did not say what courtroom or case or any details. I did not ask any further questions, and only talked about the food in the cafeteria after that. I did not recognize her from anywhere.

While eating lunch I noticed that M.D. Laughter was sitting in a lounge chair nearby. She had a cell phone or device pointed at me. She appeared to have a marshal next to her. The man had a curly cord ear mic on his ear. I have seen signs posted at the entrance saying no photography or video recording is allowed in the courthouse. I also heard Judge Navarro state this, including the entire federal courthouse.

The following morning, I found that a photo of me sitting with the woman at lunch was posted on the Twitter page of "Goblin Seimen," which I believe to be an alias of M.D. Laughter. The picture was posted approximately at the same time that I was sitting at the cafeteria lunch.

Signed: _____    Dated: 11/1/17

Subscribed and sworn to before me
this ___ day of Nov_____, 20 17
Notary Public, Clark County, Nevada

JULIE HUGHES
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 03-03-19
Certificate No: 99-51528-1

## AFFIDAVIT

I Brand Nu Thornton, being of legal age to make this statement of my own free will and under penalty of perjury declare the following to be true.

On or about August 15th and 16th I was sitting in the Federal Courtroom in Las Vegas Nevada at the 2nd Bundy trial including Eric Parker, Scott Drexlar, Ricky Lovelien, and Stephen Stewart when a white man in his mid fifties with gray hair, and kind of distinquished looking in the seat close to me. He asked me my name and what my business was there? I told him I was there to support the Bundy's.

He was little agitated at Sheriff Lombardo who was on the stand testifying. He told me

It seemed as though he had singled me out and proceeded to tell me that Lombardo was not following court posture and that he taught those classes. He told me, you should never say: I think, or I guess, when on the stand, things like that.

The next day while we were sitting on the left side with the reporters he spoke to me again and proceeded to tell me that LaVoy Finicum was caught in his vehicle in Kanab with a prostitute, having sex during a time his wife was pregnant. He was telling me that Cliven Bundy was a bully and that he broke the Law. He continued on saying that I was a little shocked why he would be telling me these things. I believe he was trying to sway my opinion of the Bundys and Finicums. I was offended and never mentioned it to anyone until I heard another man, I later learned his name was Mike Griffin, I believe. This man was behind Mike in line to go in the courtroom and Mike was yelling at him to "Get away from me! Just stay away from me!" I wondered what the ruckus was. That's when I found out what this man's name was and who he was from Mike.

Mike told him his name was ------Schiess and that he was co-counsel with Attorney Steven Myhre. That was totally shocking.

I am appalled that he can speak to the public and court watchers trying to influence them against the defendants like that! I think he should not be allowed to be the prosecutor in the Bundy case as he is already Biased against them!

_____                              11-3-17
Brand Nu Thornton                                      November 3, 27

## JURAT

### CERTIFICATE

Verification upon Oath or Affirmation

State of __Nevada__

County of __Clark__

Signed and sworn to (or affirmed) before me on the __3rd__ day of __November__, 20__17__ by __Brand NV Thornton__.

_[signature]_

Notary Public – State of __Nevada__

__Jose Cruz__

**Printed Name**

__03/12/19__

**Date my commission expires**

JOSE A. CRUZ
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 03-12-19
Certificate No: 15-1092-1

I Michael Griffin, on this 25th day of September 2017 making this statement of my own free will without prejudice or malice.

I am over the age of 21.

I will testify in court to the facts laid forth.

On August 15th 2017 I was in the Federal Courthouse in Las Vegas Nevada 7th floor in front of Federal Court Judge Gloria Navarro's courtroom. I was there as a court observer to the trial of Cliven Bundy et el Scott Drexler and co-defendants. My only intent was to observe court proceedings.

Several people where present and co-mingling. I did not know most people present. I recognized some faces from media posts.

I was approached by a man I had seen talking with others. He was well dressed and would suppose late 50's to early 60's in age. He asked who I was and why I was there. I gave him my name and stated that I was there as a court Observer. He asked me what I thought of the Bundys. I told him that I was not there for the Bundys, I was there to observe what was going on in the courtroom pertaining to the case. He stated to me that he was Dan and had worked with juvenile probation in Las Vegas. He then proceeded to tell me that the Bundys were trash and criminals. He seemed very intent on agitating me. I would walk away from him. He then would follow me trying to engage me in conversation.

I was standing to the right side of the courtroom entrance approximately 15 ft from Carol Bundy with others sitting next to her. This man stood next to me and started telling me what lowlifes the Bundys are. I told him that the Bundys were religious people with good-hearted ethics. He then stated to me in a medium to loud voice that Carol Bundy was not a good Mormon wife and had been caught in a car having sex with a stranger in Mesquite Nevada. I turned and walked away.

I stood in line for the court security screen. He moved in and stood right behind me as I was first in line. As security lead the Bundy family through the screening area and into the court this man kept leaning and pressing against my back forcing me forward many times. I said rather loudly please give me some room, please back off of me, get off of me. I was hoping that the Security Marshall would have addressed him. They did not. I went into the courtroom took a seat and Court was called to session.

Later as I left the courtroom and to the hallway I saw the same man sitting on the bench just outside of the courtroom in conversation with the person that I knew, Tammy Hill. I told Tammy to come with me. I was assertive about it as I knew what this man had previously said to me. She stood up and came with me and as we were walking away this man follow behind protesting that he was in conversation. I told him to leave me alone multiple times in a loud voice. Once again I felt that the Security marshalls would intervene. They did not.

I did not know at the time who that man was. I saw a picture posted on social media of Daniel Schiess around September 18th 2017. I recognized him from the picture immediately. That I knew him as the man in Federal Courthouse that had approached me.

I am making this statement as I find that this man's remarks and aggressive attitude to be repugnant.

When I found out this man's position within our judicial system I was shocked. I find his aggressive attitude and means not only to be repugnant but a shameful representation of the prosecution within Judge Gloria Navarro's Court. Within any Court in the United States.

I feel Daniel Schiess had intent to manipulate, intimidate, influence, tamper with onservers and potential witnesses by his actions.

I make this statement to the fact that I find this kind of behavior from a court officer acting within his capacity clearly shows that he has no boundaries and the end justifies the means for this officer.

Michael Griffin
*[signature]*

NOTARY SIGNATURE: *[signature]*

NOTARY EXPIRES AUGUST 16, 2022

BEAU T MURRAY
NOTARY PUBLIC
STATE OF IDAHO

I, Tamra Hill, say the following facts stated herein are based on my own personal knowledge; and if called to testify, I would testify to the following.

My name is Tamra Hill. I am over 21 years of age and I make this affidavit on September 26, 2017, of my own free will.

I want to bring your attention to my encounter with a "horrible scary man".

I went to see as an observer, what was going on in Gloria Navarro's courtroom, in Las Vegas NV, on or about the 15th or 16th of August 2017. There has been trials going on there, the Bundy et all trials.

Corruption is an understatement, by far. Not only is corruption "IN" the court room (Navarro and the Federal Government colluding and taking direction from each other) but there was a man (I now know, is a Federal Prosecutor) that was mingling with the general public and making conversation saying VERY out of line, horrible filthy things. He cornered me outside of Gloria Navarro's courtroom. Because I am not familiar with many people that go to that trail, at first I assumed he was a general good guy and willingly had conversation with him. The more he talked, I could tell he loved to hear himself talk. Then he started saying things that were absolutely horrible and most untrue.

I have a habit of tuning out bad lies and foul talk, but I can tell you the highlights of what he said. He said things like, "Ryan Bundy getting it up the ass" and "Cliven has no rights to grazing his cows...", due to "something" (again I tuned him out). It had something to do with, something that happened in the 1930's/1940's. Again like I said, when someone says horrible sick things, I tune them out.

This man, I now know, is Dan Schiess. He is a federal prosecutor in Nevada. How horrible that he is lurking outside of courtrooms cornering people and talking so filthy and crazy.

Please do something about this dangerous filthy man!!!

Thank you for your attention to this matter of "Dan Schiess".

Sincerely,

Tamra Hill
*[signature]*

State of Washington
County of Snohomish
*[notary block]*

ADRIAN VAN METER
Notary Public
State of Washington
My Commission Expires
August 19, 2020

Form 1B:4 Affidavit – General Form

STATE OF {*California*}      §
{*Los Angeles*} COUNTY       §

## AFFIDAVIT OF {*DAN SCHIESS OBSERVATION*}

Before me, the undersigned notary, on this day personally appeared {*James B Robertson*}, the affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is {*James B Robertson*}. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. {On Tuesday, August 22, 2017, I sat in the Las Vegas Federal Courthouse 7th floor courtroom southern row seating (2nd from the back) next to the south wall. A man sat behind me holding some papers after I was seated. We remained seated in our locations throughout the court hearings and until the court recess was announced. Upon leaving the courtroom I smiled and introduced himself to the man, who was still seated behind me. I reached out my hand to shake his and said, "Hi, my name is Jim". He did not shake my hand, but instead looked at me and said, "I do not want to give you my name." His manner and statement was deliberate, startling, and with a sense of foreboding. Exiting the courtroom on the 7th floor I entered the elevator along with him and about 6 or 7 adults with a few children that had come with them. As the elevator descended toward the lobby I notice him smiling at one of the children. I alerted those in the elevator by saying to everyone, "If you ask that man for his name he will not give it to you". Someone in the elevator asked who I was referring to and I pointed directly at him. He looked at me and I looked at him. When the elevator door opened we all walked out. While exiting the building a woman told me that she heard someone call him by the name of Dan. I have since seen photographs of a man by the name of Dan Schiess that looks exactly like him.}

3. { On August 21 through 23 of 2017 I attended the Bundy Stand Off court trial at the Las Vegas Federal Courthouse on 333 South Las Vegas Blvd. in Las Vegas, NV.}"

{*Name of affiant*}

SWORN TO and SUBSCRIBED before me by {*name of affiant*} on ____ 29, 20 17.

See Attached Certificate
for California Compliant
Notarial Wording

Notary Public in and for
the State of {*name of state*}

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____   _____
*Signature of Document Signer No. 1*     *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of  Los Angeles

Subscribed and sworn to (or affirmed) before me
on this  29  day of  September , 20 17 ,
             Date              Month                   Year
by
(1) JAMES B. ROBERTSON

(and (2) _____ ),
                    Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
                    Signature of Notary Public

JEFF JENKINS
Commission # 2044998
Notary Public - California
Los Angeles County
My Comm. Expires Nov 8, 2017

*Seal*
*Place Notary Seal Above*

―――――――――― **OPTIONAL** ――――――――――

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: FORM 1B:4 AFFIDAVIT - GENERAL FORM   Document Date: September 29, 2017
Number of Pages: __1__   Signer(s) Other Than Named Above: NONE

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910